1  KATHRYN E. VAN HOUTEN (SBN 143402)                                    JS-6
   JOHN H. BRINK (SBN 28018)
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Suite 900
3  Glendale, CA 91210
   (818) 242-6859
4  FAX: (818) 240-7728
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 2:08-cv-5147-VBF-(SHx)
                                    )
12                Plaintiff,        )   JUDGMENT
                                    )
13       vs.                        )
                                    )
14 DANNY A. HOWARD,                 )
                                    )
15                Defendant.        )
   _____)
16

17       Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA,

18 to recover against Defendant, DANNY A. HOWARD, as follows:

19       1.    Principal balance of $1,634.62;

20       2.    Total accrued interest of $2,379.73 through August 1, 2009 at 8% per

21 annum;

22       3.    Costs in the amount of 40.00;

23       4.    Pre-judgment interest on the principal after August 3, 2009 at the percentage

24 rate of 8% per annum until entry of judgment;

25 ///

26 ///

27 ///

28

**1**

(Proposed Judgment)

5. Post-judgment interest at the legal rate from the date of entry of judgment; and

6. Attorneys' fees in the amount of $1,200.00.


Dated: October 29, 2009

_____
Honorable Valerie Baker Fairbank,
United States District Judge